# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>GUNSMOKE, LLC<br>EIN: 27-0247683<br><br>   Debtor. | Case No. 20-14962-JGR<br>Chapter 11 |
| HAPPY BEAVERS, LLC<br>EIN: 81-4652301<br><br>   Debtor. | Case No. 20-14853-JGR<br>Chapter 11 |
| ARMED BEAVERS, LLC<br>EIN: 81-4763324<br><br>   Debtor. | Case No. 20-14963-JGR<br>Chapter 11 |
| GUNSMOKE LLC, HAPPY BEAVERS, LLC, AND ARMED BEAVERS, LLC<br><br>   Plaintiffs,<br>v.<br><br>ANGRY BEAVERS, LLC, EDWARD J. KLEN, AND STEVEN J. KLEN,<br><br>   Defendants. | Adv. Pro. No. 20-01262-JGR |

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Dismiss filed on October 16, 2020 (Doc. 8), Plaintiffs' Response filed October 30, 2020 (Doc. 13) and the Reply thereto filed November 6, 2020 (Doc. 15). The Court

FINDS pursuant to D.C.COLO.LR.CIV.84.1, this Adversary Proceeding has been submitted to United States District Court for the District of Colorado for consideration of a Motion for Withdrawal of Reference. Accordingly, it is

ORDERED that this Adversary Proceeding shall be held in abeyance pending resolution of the Motion for Withdrawal of Reference.

Dated: November 12, 2020.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge